| | |
|---|---|
| 1 | ALLISON H. GODDARD (#211098) |
| | JAMES R. PATTERSON (#211102) |
| 2 | PATTERSON LAW GROUP |
| | 402 West Broadway, 29th Floor |
| 3 | San Diego, California 92101 |
| | Telephone: 619.398.4760 |
| 4 | Facsimile:  619.756.6991 |
| | Email:  ali@pattersonlawgroup.com, jim@pattersonlawgroup.com |
| 5 | |
| | Attorneys for Plaintiff and the Class |
| 6 | |
| | SEYFARTH SHAW LLP |
| 7 | Michael J. Burns (SBN 172614) |
| | Eric M. Steinert (SBN 168384) |
| 8 | 560 Mission Street, 31st Floor |
| | San Francisco, California  94105 |
| 9 | Telephone:  415.397.2823 |
| | Facsimile:  415.397.8549 |
| 10 | Email:  mburns@seyfarth.com, esteinert@seyfarth.com |

SEYFARTH SHAW LLP
Christopher A. Crosman (SBN 190336)
Julia Brodsky (SBN 266177)
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  310.277.7200
Facsimile:  310.201.5219
Email:  ccrosman@seyfarth.com, jbrodsky@seyfarth.com

Attorneys for Defendants
GENCO I, INC. and GENCO INFRASTRUCTURE SOLUTIONS, INC.
(Erroneously named herein as "GENCO DISTRIBUTION SYSTEM")

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| P.E. JIMERSON, on behalf of himself and a class of similarly situated persons,<br><br>　　　Plaintiff,<br><br>vs.<br><br>GENCO DISTRIBUTION SYSTEM, INC., a Pennsylvania corporation; and DOES 1 through 50, inclusive,<br><br>　　　Defendants | Case No. C 11-5157 SBA<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANTS TO CHANGE DATE OF HEARINGS ON PLAINTIFF'S MOTION TO REMAND [DKT. #14] AND DEFENDANT'S MOTION TO TRANSFER [DKT. #11]; [PROPOSED] ORDER** |

1    WHEREAS, Plaintiff's Motion to Remand [Dkt. #14] is pending before the Court and currently
2 scheduled to be heard on April 10, 2012;

3    WHEREAS, Defendants' Motion to Transfer [Dkt. #11] is pending before the Court and currently
4 scheduled to be heard on April 24, 2012;

5    WHEREAS, the Court ordered on February 27, 2012 that Plaintiff's Motion to Remand should be
6 heard before Defendants' Motion to Transfer, and reset the hearing dates for both motions;

7    WHEREAS, counsel for Plaintiff now has a conflict with the April 10, 2012 hearing date because
8 she is required to attend a claim construction hearing in a case pending in the Southern District of
9 California, *SPH America, LLC v. Acer, et al.*, case no. 09-cv2535, that was rescheduled to
10 April 10, 2012; and

11    WHEREAS, the claim construction hearing in the *SPH America* case has been continued twice
12 previously, involves ten parties traveling from different parts of the country, and would be incredibly
13 difficult if not impossible to reschedule.

14    THEREFORE, the parties STIPULATE and agree as follows:

15    (1)    That the hearing on Plaintiff's Motion to Remand [Dkt. #14] scheduled for April 10, 2012
16 at 1:00 p.m. is CONTINUED to April 24, 2012 at 1:00 p.m.

17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

Case No. C 11-5157 SBA            2
STIPULATION TO CHANGE HEARING DATES

1  (2) That the hearing on Defendant's Motion to Transfer [Dkt. #11] scheduled for
2 April 24, 2012 at 1:00 p.m. is CONTINUED to May 8, 2012 at 1:00 p.m., or the next date available on
3 the Court's calendar.

**IT IS SO STIPULATED.**

Dated: March 27, 2012        PATTERSON LAW GROUP

                             By: /s/ Allison H. Goddard
                                 ALLISON H. GODDARD

                             Attorneys for Plaintiff and the Class

Dated: March 27, 2012        SEYFARTH SHAW LLP

                             By: /s/ Christopher A. Crosman
                                 CHRISTOPHER A. CROSMAN

                             Attorneys for Defendants
                             GENCO I, INC. and
                             GENCO INFRASTRUCTURE SOLUTIONS, INC.
                             (Erroneously named herein as "GENCO DISTRIBUTION SYSTEM, INC.")

**ORDER**

PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS HEREBY ORDERED that:

(1) The hearing on Plaintiff's Motion to Remand [Dkt. #14] scheduled for April 10, 2012 at 1:00 p.m. is CONTINUED to April 24, 2012 at 1:00 p.m.; and

(2) The hearing on Defendant's Motion to Transfer [Dkt. #11] scheduled for April 24, 2012 at 1:00 p.m. is CONTINUED to [May 8, 2012 at 1:00 p.m.].

**IT IS SO ORDERED.**

DATED:_3/29/12

*Saundra B. Armstrong*
HON. SAUNDRA BROWN ARMSTRONG
UNITED STATED DISTRICT COURT JUDGE

1

**CERTIFICATE OF SERVICE**

2    The undersigned hereby certifies that a true and correct copy of the above and foregoing

3  document has been served on all parties via CM/ECF on March 27, 2012.

4

5

/s/ Allison H. Goddard

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. C 11-5157 SBA                        5
STIPULATION TO CHANGE HEARING DATES