1 | ALLISON H. GODDARD (#211098)
JAMES R. PATTERSON (#211102)
2 | PATTERSON LAW GROUP
402 West Broadway, 29th Floor
3 | San Diego, California 92101
Telephone: 619.398.4760
4 | Facsimile:  619.756.6991
Email:  ali@pattersonlawgroup.com, jim@pattersonlawgroup.com

Attorneys for Plaintiff and the Class

SEYFARTH SHAW LLP
Michael J. Burns (SBN 172614)
Eric M. Steinert (SBN 168384)
560 Mission Street, 31st Floor
San Francisco, California  94105
Telephone:  415.397.2823
Facsimile:  415.397.8549
Email:  mburns@seyfarth.com, esteinert@seyfarth.com

SEYFARTH SHAW LLP
Christopher A. Crosman (SBN 190336)
Julia Brodsky (SBN 266177)
2029 Century Park East, Suite 3500
Los Angeles, California  90067-3021
Telephone:  310.277.7200
Facsimile:  310.201.5219
Email:  ccrosman@seyfarth.com, jbrodsky@seyfarth.com

Attorneys for Defendants
GENCO I, INC. and GENCO INFRASTRUCTURE SOLUTIONS, INC.
(Erroneously named herein as "GENCO DISTRIBUTION SYSTEM")

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA – OAKLAND DIVISION

| | |
|---|---|
| P.E. JIMERSON, on behalf of himself and a class of similarly situated persons,<br><br>    Plaintiff,<br><br>vs.<br><br>GENCO DISTRIBUTION SYSTEM, INC., a Pennsylvania corporation; and DOES 1 through 50, inclusive,<br><br>    Defendants | Case No. C 11-5157 SBA<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANTS TO CHANGE DATE OF HEARINGS ON PLAINTIFF'S MOTION TO REMAND [DKT. #14] AND DEFENDANT'S MOTION TO TRANSFER [DKT. #11]; [PROPOSED] ORDER** |

1  WHEREAS, Plaintiff's Motion to Remand [Dkt. #14] is pending before the Court and currently
2 scheduled to be heard on April 10, 2012;
3  WHEREAS, Defendants' Motion to Transfer [Dkt. #11] is pending before the Court and currently
4 scheduled to be heard on April 24, 2012;
5  WHEREAS, the Court ordered on February 27, 2012 that Plaintiff's Motion to Remand should be
6 heard before Defendants' Motion to Transfer, and reset the hearing dates for both motions;
7  WHEREAS, counsel for Plaintiff now has a conflict with the April 10, 2012 hearing date because
8 she is required to attend a claim construction hearing in a case pending in the Southern District of
9 California, *SPH America, LLC v. Acer, et al.*, case no. 09-cv2535, that was rescheduled to
10 April 10, 2012; and
11  WHEREAS, the claim construction hearing in the *SPH America* case has been continued twice
12 previously, involves ten parties traveling from different parts of the country, and would be incredibly
13 difficult if not impossible to reschedule.
14  THEREFORE, the parties STIPULATE and agree as follows:
15  (1)  That the hearing on Plaintiff's Motion to Remand [Dkt. #14] scheduled for April 10, 2012
16 at 1:00 p.m. is CONTINUED to April 24, 2012 at 1:00 p.m.
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1  (2) That the hearing on Defendant's Motion to Transfer [Dkt. #11] scheduled for
2 April 24, 2012 at 1:00 p.m. is CONTINUED to May 8, 2012 at 1:00 p.m., or the next date available on
3 the Court's calendar.

4  **IT IS SO STIPULATED.**

5 Dated: March 27, 2012                          PATTERSON LAW GROUP

7                                                By: /s/ Allison H. Goddard
                                                     ALLISON H. GODDARD

8                                                Attorneys for Plaintiff and the Class

10 Dated: March 27, 2012                         SEYFARTH SHAW LLP

12                                               By: /s/ Christopher A. Crosman
                                                     CHRISTOPHER A. CROSMAN

13                                               Attorneys for Defendants
                                                 GENCO I, INC. and
14                                               GENCO INFRASTRUCTURE SOLUTIONS,
                                                 INC.
15                                               (Erroneously named herein as "GENCO
                                                 DISTRIBUTION SYSTEM, INC.")

Case No. C 11-5157 SBA                3
STIPULATION TO CHANGE HEARING DATES

1 **ORDER**

2   PURSUANT TO THE STIPULATION OF THE PARTIES, and finding good cause therein, IT IS
3 HEREBY ORDERED that:
4   (1)   The hearing on Plaintiff's Motion to Remand [Dkt. #14] scheduled for April 10, 2012 at
5 1:00 p.m. is CONTINUED to April 24, 2012 at 1:00 p.m.; and
6   (2)   The hearing on Defendant's Motion to Transfer [Dkt. #11] scheduled for April 24, 2012 at
7 1:00 p.m. is CONTINUED to [May 8, 2012 at 1:00 p.m.].
8   **IT IS SO ORDERED.**

10 DATED:_3/29/12

    _____
    HON. SAUNDRA BROWN ARMSTRONG
    UNITED STATED DISTRICT COURT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on all parties via CM/ECF on March 27, 2012.

/s/ Allison H. Goddard